### ABRAMS *v.* CADWALADER *et al.,* executors.

ATKINSON, J. This case, under the admissions in the answer of the defendant in the court below, and upon the evidence submitted, is controlled by the principle announced in the decision rendered in the case of *Tatum* v. *Leigh,* 136 *Ga.* 791 (72 S. E. 236), without reference to the admission of evidence alleged to have been improperly admitted; and there was no error in directing a verdict against the defendant.

*Judgment affirmed. All the Justices concur, except Beck, J., absent, and Hill, J., not presiding.*

NOVEMBER 16, 1911.

Complaint. Before Judge Parker. Glynn superior court. August 13, 1910.

*Harry F. Dunwody,* for plaintiff in error.
*George W. Owens* and *R. D. Meader,* contra.